PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2018

SEAN F. McAVOY, CLERK

U.S.A. vs.    Chavez, Cesar Cardenas    Docket No.    0980 4:18CR06039-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cesar Cardenas Chavez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 27th day of July, 2018, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law. RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to be in violation of his conditions or pretrial supervision in the Eastern District of Washington by consuming cocaine on or about October 27, 2018.

Conditions of release were reviewed with the Defendant on July 30, 2018. He acknowledged an understanding of his conditions, which included condition number 9.

On November 2, 2018, the Defendant contacted the undersigned officer by phone to admit that he used cocaine the previous weekend. He stated he had notified his treatment providers of the use. Defendant reported, in person, on November 5, 2018, and signed a drug use admission form.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: November 9, 2018 |
| by | s/Daniel M. Manning |
|   | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Chavez,, Cesar Cardenas
November 9, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*m. k. Dimke*

Signature of Judicial Officer

11/9/2018

Date